# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Anesha Garnett, *on behalf of T.W.* (minor child) | Case No: 3:23-CV-00716-JGC |
| Plaintiff, | |
| v. | ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

This is an appeal from the denial of Social Security benefits. I referred the petition to Magistrate Judge Thomas M. Parker for a Report & Recommendation, which Judge Parker has filed (Doc. 12). In the Report & Recommendation, Judge Parker has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby ORDERED THAT the Magistrate Judge's Report & Recommendation (Doc. 12) be, and the same hereby is, adopted as the order of this Court, and the petition be, and the same hereby is, denied and dismissed with prejudice.

SO ORDERED.

/s/ James G. Carr
Sr. U.S. District Judge